AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| OAKLEY, INC., a Delaware corporation, and EYE SAFTEY SYSTEMS, INC., a Delaware corporation <br><br> *Plaintiff(s)* <br> v. <br> GALAXY LENSES, LLC, a Florida limited liability company, and KENNY JIANG, individually <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:24-CV-145-PGB-RMN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GALAXY LENSES LLC
C/O KENNY JIANG, REGISTERED AGENT
10051 CANOPY TREE CT
ORLANDO, FL 32836

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David B. Rosemberg, Esq.
Rosemberg Law
20200 W. Dixie Hwy. Suite 602
Aventura, FL 33180
305.602.2008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: January 24, 2024                              *Ashleigh Levi*
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| OAKLEY, INC., a Delaware corporation, and EYE SAFTEY SYSTEMS, INC., a Delaware corporation<br><br>*Plaintiff(s)*<br>v.<br>GALAXY LENSES, LLC, a Florida limited liability company, and KENNY JIANG, individually<br><br>*Defendant(s)* | Civil Action No. 6:24-CV-145-PGB-RMN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KENNY JIANG
10051 CANOPY TREE CT
ORLANDO, FL 32836

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David B. Rosemberg, Esq.
Rosemberg Law
20200 W. Dixie Hwy. Suite 602
Aventura, FL 33180
305.602.2008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  January 24, 2024

*Signature of Clerk or Deputy Clerk*